RECEIVED
OCT 12 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 17-CR-00088** |
| **VERSUS** | **JUDGE DRELL** |
| **VIDA PREJEAN THOMAS** | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Vida Prejean Thomas, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that Vida Prejean Thomas is finally adjudged guilty of the offense charged in Counts One and Two of the Indictment.

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 12th day of October, 2017.

**DEE D. DRELL, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**